FILED
CLERK, U.S. DISTRICT COURT
2/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA, | CR  2:22-cr-00055-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1361: Depredation Against Government Property] |
| COLLEEN NEWTON, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1361]

On or about July 25, 2020, in Los Angeles County, within the Central District of California, defendant COLLEEN NEWTON willfully injured and committed a depredation against property of the United States, specifically, the front wall on the north side of the United

//
//
//
//
//

States Courthouse, located at 350 West First Street, Los Angeles, California, with the resulting damage having a value greater than $1,000.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

ALI MOGHADDAS
Assistant United States Attorney
Major Frauds Section