1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,         No. CR 22-55(A)-DSF
11           Plaintiff,                FIRST SUPERSEDING
12           v.                        INFORMATION
13  COLLEEN NEWTON,                    [18 U.S.C. § 1361: Depredation
                                       Against Government Property]
14           Defendant.
                                       [CLASS A MISDEMEANOR]
15

16    The Acting United States Attorney charges:
17                       [18 U.S.C. § 1361]
18    On or about July 25, 2020, in Los Angeles County, within the
19  Central District of California, defendant COLLEEN NEWTON willfully
20  injured and committed a depredation against property of the United
21  States, specifically, the front wall on the north side of the United
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  States Courthouse, located at 350 West First Street, Los Angeles,
2  California.
3
4                                          STEPHANIE S. CHRISTENSEN
                                           Acting United States Attorney
5
6                                          *[signature]*
7
                                           SCOTT M. GARRINGER
8                                          Assistant United States Attorney
                                           Chief, Criminal Division
9
                                           DAVID T. RYAN
10                                         Assistant United States Attorney
                                           Deputy Chief, General Crimes
11                                         Section

12                                         LAURA A. ALEXANDER
                                           Assistant United States Attorney
13                                         General Crimes Section

2