F I L E D
CLERK, U.S. DISTRICT COURT
7/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____vav_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-55(A)-DSF |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INFORMATION |
| v. | |
| COLLEEN NEWTON, | [18 U.S.C. § 1361: Depredation Against Government Property] |
| Defendant. | [CLASS A MISDEMEANOR] |

The Acting United States Attorney charges:

[18 U.S.C. § 1361]

On or about July 25, 2020, in Los Angeles County, within the Central District of California, defendant COLLEEN NEWTON willfully injured and committed a depredation against property of the United States, specifically, the front wall on the north side of the United

//
//
//
//
//
//
//

States Courthouse, located at 350 West First Street, Los Angeles, California.

```
                                    STEPHANIE S. CHRISTENSEN
                                    Acting United States Attorney

                                         /s/

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    DAVID T. RYAN
                                    Assistant United States Attorney
                                    Deputy Chief, General Crimes
                                    Section

                                    LAURA A. ALEXANDER
                                    Assistant United States Attorney
                                    General Crimes Section
```