# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | | | |
|---|---|---|---|
| **Case No.** | CR 22-00055(A) DSF | **Date** | January 9, 2023 |

**Present: The Honorable** DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

**Interpreter** N/A

| Renee Fisher | Pat Cuneo | Siobhan Maria Namazi / Claire Kelly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Colleen Newton | √ | | √ | Erin M. Murphy, DFPD | √ | √ | |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary  ☐ Contested

√   Refer to separate Judgment & Probation/Commitment Order.

√   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

√   Defendant informed of right to appeal.

√   Bond exonerated on surrender.